**FROM: The District Court of the 13th Judicial District. County of Yellowstone.**

STATE OF MONTANA,

Plaintiff,                                        NO. 97-512

vs.                                                   DECISION

**Kelly G. Pereau,**

**Defendant.**

On March 4, 1999, the defendant was sentenced to a two (2) year commitment to the Department of Corrections. The Defendant must enroll in, successfully complete, and abide by the rules of the Intensive Supervision Program (I.S.P.).

On June 17, 1999, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and advised of his right to proceed with counsel. The defendant proceeded pro se. The state was represented by Joe Coble.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 45-18-904(3), MCA.) The Division finds that the reasons advanced for modification are insuffi-

cient to hold that the sentence imposed by the District Court is inadequate or excessive.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 17th day of June, 1999.

DATED this 15th day of July, 1999.

**Chairman, Hon. Richard G. Phillips, Member, Hon. Jeffrey H. Langton and Member, Hon. Marge Johnson**